# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARDA YILMAZ,**<br><br>      **Petitioner,**<br><br>      **v.**<br><br>**Warden of Federal Detention Center Philadelphia; MICHAEL ROSE, in his official capacity as Acting Field Office Director of the Immigration and Customs Enforcement and Removal Operations Philadelphia Field Office; TODD LYONS, in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, and PAMELA BONDI, US Attorney General,**<br><br>      **Respondents.** | **CIVIL ACTION NO.  25-6572** |

## ORDER

    **AND NOW,** this 14th day of January 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 14, 15], and because there are no other pending matters for the Court to address, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

                         **BY THE COURT:**

                         **/s/ Cynthia M. Rufe**

                         **CYNTHIA M. RUFE, J.**